AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:25-mj-00003 |
| ADRIAN J. HINTON | ) Assigned To : Judge Moxila A. Upadhyaya |
| DOB: xx/xx/xxxx  PDID: xxx-xxx | ) Assign. Date : 01/09/2025 |
| | ) Description: COMPLAINT W/ARREST WARRANT |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __January 9, 2025__ in the county of _____ in the _____ District of __Columbia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 40 U.S.C. § 5104(e)(1)(A) | Unlawful activities (Carry or Discharge on the Grounds or in any of the Capitol Buildings a firearm, a dangerous weapon, explosives, or an incendiary device) |

This criminal complaint is based on these facts:

SEE ATTACHED STATEMENT OF FACTS

☑ Continued on the attached sheet.

*Complainant's signature*

SA Richard Larity, U.S. Capitol Police
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by Telephone (specify reliable electronic means).

Date: 01/09/2025

*Judge's signature*

City and state: Washington, DC     Moxila A. Upadhyaya, U.S. Magistrate Judge
*Printed name and title*